JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG SHULTS,<br>　　　　Petitioner,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | Case No.  8:19-CV-00587-JLS<br><br>**JUDGMENT** |
| JOSEPH HAYMORE,<br>　　　　Petitioner,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | Case No.  8:19-CV-00361-JLS<br><br>**JUDGMENT** |
| PAUL LICAUSI,<br>　　　　Petitioner,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | Case No.  8:19-CV-00416-JLS<br><br>**JUDGMENT** |
| SYLVIA MELKONIAN,<br>　　　　Petitioner,<br>　　v.<br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | Case No.  8:19-CV-02095-JLS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the petitions in the above-captioned matters are dismissed, and the actions are dismissed with prejudice.

The Clerk shall close these cases.

**DATED:  November 4, 2020**



_____

Hon. Josephine L. Staton
United States District Judge